**Electronically Filed
Supreme Court
SCWC-22-0000279
05-JAN-2026
09:53 AM
Dkt. 18 ODAC**

SCWC-22-0000279

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

MARTIN T. AIREY,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000279; CASE NO. 1CPC-20-0000400)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, and Ginoza, JJ., and
Circuit Judge Nakamoto, in place of Devens, J., recused; and
Circuit Judge Hamman, assigned by reason of vacancy)

Petitioner Martin T. Airey's Application for Writ of

Certiorari, filed on November 24, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, January 5, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Henry T. Nakamoto

/s/ Kirstin M. Hamman